NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1173
(Serial No. 10/677,956)

IN RE SUZANNE ZEBEDEE, GENEVIEVE INCHAUSPE,
MARC S. NASOFF, and ALFRED M. PRINCE

Appeal from the United States Patent and Trademark Office, Board of Patent Appeals and Interferences.

ON MOTION

ORDER

Upon consideration of Suzanne Zebedee et al.'s unopposed motion to dismiss,

IT IS ORDERED THAT:

(1)   The motion is granted. The appeal is dismissed.

(2)   Each side shall bear its own costs.

FOR THE COURT

AUG 14 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:   Joseph E. Mueth, Esq.
      Raymond T. Chen, Esq.

s20

ISSUED AS A MANDATE:   AUG 14 2009

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 14 2009

JAN HORBALY
CLERK